■ RAE SUGARMAN et al., Appellants, v. JOSEPH G. FROOM, Respondent.— In an action to recover damages for personal injuries, and for medical expenses and loss of services, the appeals are (1) from so much of an order entered October 23, 1958 as denied a motion for a preference pursuant to subdivision 3 of rule 151 of the Rules of Civil Practice, and (2) from the order entered January 19, 1959 denying appellant's motion for reconsideration, on additional papers, of so much of the order entered October 23, 1958 as denied the motion for a preference pursuant to rule 151. Order of January 19, 1959 reversed, with $10 costs and disbursements, motion for reconsideration granted, and, on reconsideration, motion for a preference under subdivision 3 of rule 151 granted. Appeal from order of October 23, 1958 dismissed, without costs. (*Van Valkenburgh* v. *Lutz*, 6 A D 2d 812.) In our opinion, the uncontroverted medical evidence established the improbability of the survival of appellant Rae Sugarman until the time of trial in the regular order. Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ DOROTHY M. TAIT, Individually, and on Behalf of All Others Similarly Situated, and as an Individual Member and a Member of the BOARD OF GOVERNORS OF THE LATTINGTOWN HARBOR PROPERTY OWNERS ASSOCIATION, INC., Respondent, v. LATTINGTOWN HARBOR DEVELOPMENT CO., INC., et al., Appellants.— Appeals from an order granting respondent's motion for an injunction, *pendente lite,* restraining appellants from entering into or executing any contract of sale of any of the beach land in the development involved, and from any acts or proceedings to consummate any such sale. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ IGNATZ TYRNAUER et al., Respondents, et al., Plaintiffs, v. TRAVELERS INSURANCE COMPANY et al., Appellants.— Appeal from so much of an order as denied appellants' cross motion to dismiss the complaint as to the respondents and for summary judgment. Respondents and others sought a judgment declaring, *inter alia,* that appellants be required under a policy of automobile liability insurance to defend them in any actions brought against them arising out of a certain accident. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ., concur. [15 Misc 2d 18.]